IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BILLY S. BREWSTER                                                                                                PLAINTIFF

v.                                         NO.  4:04CV00995 WRW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                                        DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, this matter is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

IT IS SO ORDERED this 28th day of November, 2005.


                                                       /s/ Wm. R.Wilson,Jr.
                                                      UNITED STATES DISTRICT JUDGE