**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BILLY S. BREWSTER**                                                              **PLAINTIFF**

**v.**                                        **NO.  4:04CV00995 WRW**

**JO ANNE B. BARNHART,
Commissioner, Social
Security Administration**                                              **DEFENDANT**

### JUDGMENT

Judgment is hereby entered in accordance with the Court's Order entered this date.

This case is hereby reversed and remanded for action consistent with the Court's opinion.

This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan*

*v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 28th day of November, 2005.


 /s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE