IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BILLY S. BREWSTER                                                                                    PLAINTIFF

v.                                            4:04CV00995 WRW

MICHAEL J. ASTRUE,                                                                                DEFENDANT
Commissioner, Social
Security Administration

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE,

(1)   Plaintiff's motion for attorney's fees pursuant to the Social Security Act, 42 U.S.C. § 406(b) (doc. 22) is granted;

(2)   Plaintiff's attorney is found entitled to an attorney's fee in the amount of $8,000.00 pursuant to § 406(b);

(3)   The Commissioner is ordered to pay to David M. Hendrix, attorney for Plaintiff, the amount due under § 406(b), in addition to any fees found to be due for representation at the administrative level but not yet paid, or pay the attorney twenty-five percent of Plaintiff's past-due benefits, whichever sum is less; and

(4)   Plaintiff's attorney is directed to refund to Plaintiff the earlier EAJA award of attorney's fees in the amount of $2,193.75.

IT IS SO ORDERED this 1st day of May, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE